In the Matter of CONSTANTINE JACKSON, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted February 21, 2017; decided April 27, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 1103 (2016)].

Judge FAHEY taking no part.

ALAN L. KNAPP et al., Appellants, v ANNAMAE KNAPP-PECK et al., Respondents.

Decided April 27, 2017

Appeal transferred without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (*see* NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Decided April 27, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601).